AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Yun DAI

**SUMMONS IN A CIVIL CASE**

V.

Emilio T. GONZALEZ,
Michael CHERTOFF,
Robert S. MUELLER,
David ROARK

Case: 1:07-cv-02219
Assigned To : Kennedy, Henry H.
Assign. Date : 12/10/2007
Description: General Civil

TO: (Name and address of Defendant)

David Roark
Director
Texas Service Center
U.S. Citizenship & Immigration Services
4141 N. St. Augustine Road
Dallas, TX 75227

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                  DEC 10 2007
CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  12/24/07 |
| NAME OF SERVER *(PRINT)* Thomas K. Ragland | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

☒  Other (specify):  _via certified U.S. mail, postage pre-paid_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/26/07       _[signature]_
             Date            *Signature of Server*

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x  M. SALCEDO   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  TSC/CIS   C. Date of Delivery  12/26/2007 |
| 1. Article Addressed to:<br>David Roark<br>Director<br>Texas Service Center<br>U.S. Citizenship & Immigration Services<br>4141 N. St. Augustine Road<br>Dallas, TX 75227 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0002 5598 7277 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |