UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUN DAI, <br><br>　　Plaintiff, <br><br>v. <br><br>EMILIO T. GONZALEZ, Director <br>U.S. Citizenship and Immigration Services, <br>Et al. <br><br>　　Defendants. | Civ. No.07-cv-2219 (HHK) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, by undersigned counsel, hereby notifies the court that the above-captioned case can be dismissed without prejudice.

Respectfully Submitted,

/s/ Thomas K. Ragland
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

Phone: (202) 483-0053
Fax: (202) 483-6801

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUN DAI | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | )   Civ. No.07-cv-2219 (HHK) |
| EMILIO T. GONZALEZ, Director | ) |
| U.S. Citizenship and Immigration Services, | ) |
| Et al. | ) |
| | ) |
|     Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I, Thomas K. Ragland, hereby certify that on the 25th day of February, 2008, I filed the foregoing Notice of Dismissal via electronic case filing system.


/s/ Thomas K. Ragland
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036